# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  AU:21-CR-00048(24)-LY |
| | § | |
| (24) James Armond | § | |
| *Defendant* | | |

Dear Sir or Madam:

TAKE NOTICE that the above-entitled case has been set before:

**UNITED STATES MAGISTRATE JUDGE MARK LANE**,

at the **U.S. Courthouse, 501 West Fifth Street Austin, Texas, Courtroom #8, Seventh Floor**, for the following:

**BOND REVOCATION HEARING**

on **Monday, August 16, 2021** at **10:00 AM**

EVERYONE to whom this notice is addressed (except those to whom copies are sent for information only) must appear IN PERSON unless excused from appearing by the Court.

ATTORNEYS are reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court.  (Local Court Rule AT-5(b)(12)).  If defendant chooses to waive hearing after consulting with his/her counsel, the attached waiver must be completed and filed.

WHENEVER defendants or witnesses in a criminal case have need for the services of a court interpreter, the attorney must inform the Clerk not later than five (5) business days before the scheduled Court proceeding.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

Date Issued:  August 10, 2021

(24) James Armond

| | |
|---|---|
| | /s/ |
| | Ka Kin Cheng |
| Ken Ervin | Magistrate Courtroom Deputy |
| Attorney at Law | (512) 916-5896 ext. 8719 |

cc:    U.S. District Judge Lee Yeakel
       U.S. Probation
       U.S. Pretrial Services
       U.S. Clerk
       U.S. Attorney

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:   AU:21-CR-00048(24)-LY |
| | § | |
| (24) James Armond | § | |

## WAIVER OF BOND REVOCATION HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of pretrial bond, probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a bond revocation hearing.

I agree to waive my right to a bond revocation hearing.

Date: _____

_____
Defendant's signature

_____
Signature of defendant's attorney
Ken Ervin
1301 Rio Grande St
Austin, TX 78701
(512) 476-4475