**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | **No.  A-21-CR-00048-LY** |
| **(24) JAMES ARMOND,** | § | |
| *Defendant* | § | |
| | § | |

## ORDER

Before the Court is Defendant James Armond's Pro Se Motion to Appoint New Counsel, Dkt. 910. The District Court referred this motion to the undersigned Magistrate Judge. Dkt. 920. The undersigned set the motion for hearing, and, after holding that hearing, hereby determines that the motion should be granted. At the hearing, the undersigned admonished Defendant that future requests for new appointed counsel will not be well taken. Under the circumstances, however, the Court will permit Defendant's present counsel, Ken Ervin, to withdraw and will appoint new counsel to take his place.

IT IS THEREFORE ORDERED that the motion, Dkt. 910, is GRANTED. Mr. Ervin is permitted to WITHDRAW as counsel for Defendant, and the Court hereby APPOINTS Bradford J. Glendening, P.O. Box 471, Georgetown, TX 78627, Phone Number: (254) 226-0240, E-Mail: bradford@glendeninglaw.com, to represent Defendant going forward. The Court FURTHER ORDERS that Mr. Ervin meet with Mr. Glendening at the earliest opportunity to give Mr. Glendening a copy of the file

and bring him up-to-date with regard to the representation of Defendant. Thereafter, Mr. Ervin has no further responsibilities in this case.

SIGNED March 28, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE